# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Jeffrey M. Ness, <br><br> v. <br><br> John Doe et al. <br><br> *consolidated with* <br><br> Theresa Jolene Davis-Dowling, et al., <br><br> v. <br><br> State of Minnesota Department of Natural Resources, et al. | Case No. 13-185 (JNE/TNL) <br><br><br><br><br><br> Case No. 13-389 (RHK/AJB) |
| Katherine Sapp, et al., <br><br> v. <br><br> John Hunt, et al. | Case No. 13-286 (PAM/SER) |
| Thomas Whigham, et al. <br><br> v. <br><br> Minnesota Department of Natural Resources, et al. | Case No. 13-208 (JRT/JSM) |

## (AMENDED) MOTION TO CONSOLIDATE CASES

Tom Landwehr, Commissioner of the Minnesota Department of Natural Resources (the "Commissioner")[1], a defendant in each of the above captioned actions, moves to

---

[1] This motion amends the Minnesota Department of Natural Resources' ("DNR") prior motion to consolidate. That motion stated that the DNR was a defendant in all cases to be consolidated. That is incorrect, as the DNR is not a defendant in the *Sapp* matter. The motion is therefore amended to be brought on behalf of Tom Landwehr, who is a defendant in each of the cases to be consolidated.

consolidate each action into the case *Ness v. Doe*, Case No. 13-185, before Judge Joan N. Ericksen. In support of the motion, the DNR states the following:

1. Copies of the current complaints in each of the above captioned cases are attached hereto as Exhibits.

2. In each of the above captioned cases, the plaintiffs allege that former DNR employee John Hunt illegally accessed the plaintiffs' driver's license information, and plead that the Commissioner is liable for Hunt's actions. Each case also seeks to certify a class of plaintiffs whose data was accessed by Hunt.

3. The Courts in the *Ness* and *Dowling* matters have already ordered consolidation of these two matters on their own initiative.

4. The Commissioner requests that the *Sapp* and *Whigham* matters also be consolidated into the *Ness* matter, pursuant to Rule 42.

Dated: February 22, 2013                       OFFICE OF THE ATTORNEY GENERAL
                                               State of Minnesota


                                                  /s/ Oliver J. Larson
                                               OLIVER J. LARSON
                                               Assistant Attorney General
                                               Attorney Reg. No. 0392946

                                               445 Minnesota Street, Suite 1800
                                               St. Paul, Minnesota 55101-2134
                                               (651) 757-1265 (Voice)
                                               (651) 282-2525 (TTY)

## Certificate of Service

      I hereby certify that on February 22, 2013, I caused the foregoing Notice of Appearance to be filed electronically with the Clerk of Court through ECF, and ECF will send an e-notice of the electronic filing to the following:

| | |
|---|---|
| Joshua Williams<br>Law Office of Joshua Williams, PLLC<br>3249 Hennepin Avenue S., Suite 216<br>Minneapolis, MN 55408<br><br>Douglas L. Micko<br>DOUGLAS L. MICKO<br>Crowder, Testke, Katz & Micko, PLLP<br>Attorney Reg. No. 299364<br>222 South 9th Street, Suite 3210<br>Minneapolis, Minnesota 55402<br><br>**Attorneys for the *Ness* Plaintiffs** | Daniel E. Gustafson<br>GUSTAFSON GLUEK PLLC<br>Canadian Pacific Plaza<br>120 South Sixth Street, Suite 2600<br>Minneapolis, Minnesota 55402<br><br>Patrick W. Michenfelder<br>GRIES & LENHARDT, P.L.L.P.<br>12725 43rd Street NE, Suite 201<br>St. Michael, Minnesota 55376<br><br>William R. Sieben<br>SCHWEBEL, GOETZ & SIEBEN, P.A.<br>5120 IDS Center<br>80 South Eighth Street<br>Minneapolis, MN 55402<br><br>**Attorneys for the *Dowling* Plaintiffs** |
| | Thomas J. Lyons, Jr.<br>LYONS LAW FIRM, P.A.<br>367 Commerce Court<br>Vadnais Heights, MN 55127<br><br>**Attorneys for the *Whigham* Plaintiffs** |

Dated: February 22, 2013                    OFFICE OF THE ATTORNEY GENERAL
                                            State of Minnesota


                                            　/s/ Oliver J. Larson
                                            OLIVER J. LARSON
                                            Assistant Attorney General
                                            Attorney Reg. No. 0392946

                                            445 Minnesota Street, Suite 1800
                                            St. Paul, Minnesota 55101-2134
                                            (651) 757-1265 (Voice)
                                            (651) 282-2525 (TTY)